

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: ANITA DEJAYNES, INDIVIDUALLY AND AS NEXT FRIEND OF A.D., N.M.D., AND E.M.D., MINOR CHILDREN, | § § § § | No. 08-18-00075-CV AN ORIGINAL PROCEEDING |
| Relator. | § § § | IN MANDAMUS |

## MEMORANDUM OPINION

Relator, Anita DeJaynes, Individually and as Next Friend of A.D., N.M.D., and E.M.D., Minor Children, filed a petition for writ of mandamus against the Honorable Mike Swanson, Judge of the 143rd District Court of Ward County, Texas, requesting that we order Respondent to rule on Relator's motion for approval of attorney's fees and to enter final judgment. Relator subsequently filed a joint motion to dismiss the original proceeding as moot because Respondent entered an order on May 22, 2018 resolving the motion for attorney's fees and entered final judgment. The original proceeding is moot. Accordingly, we grant the joint motion and dismiss the original proceeding for lack of jurisdiction. *See In re County of El Paso,* 104 S.W.3d 741, 743 (Tex.App.--El Paso 2003, orig. proceeding).

GINA M. PALAFOX, Justice

June 13, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.